AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

SEP 3 0 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Zarel Julio Colin-Flores

**CRIMINAL COMPLAINT**

Case Number: M-19-2336-M

IAE   YOB: 1995
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Zarel Julio Colin-Flores was encountered by Border Patrol Agents near Penitas, Texas on September 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 29, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on April 6, 2018 through Hidalgo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 14, 2019, the defendant was convicted of 8 USC 1326 and sentenced to time served and one (1) year supervised release term.

approved by Scott V. Greenbaum, AUSA
9/30/19

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Signature of Complainant
Carlos A. Sanchez      Border Patrol Agent

September 30, 2019     3:08 pm

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer